SUPERVISED RELEASE/PROBATION VIOLATION HEARING

Set:  11:00 a.m.  
Started: 11:00 a.m.  
Ended: 11:25 a.m.  

Date: October 19, 2012  
Judge: Rebecca Beach Smith, CUSDJ  
Court Reporter: Gloria Smith, OCR  
U.S. Attorney: Brian Samuels, AUSA  
Defense Attorney: Richard Colgan, AFPD  
Probation Officer: Teresa Hutcheson  

Case Number: 4:08cr100-1  
Defendant: Joylyn Merle Grant    ( ) In custody    ( X ) On bond

( X )   Matter came on for alleged violation of supervised release.

( X )   Deft. stipulated to violations contained in the:
  ( X ) petition filed on 8/8/2012
  ( ) addendum to the petition filed on

( )   Evidence presented.

( X )   Arguments of counsel heard.    ( X )   Statement of deft.

( X )   Court finds defendant violated terms of supervised release and revokes same.

( X )   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **THIRTY-SIX (36) MONTHS**.  The court **DIRECTS** that while incarcerated, the defendant shall undergo a mental health evaluation and shall receive appropriate mental health treatment, counseling, and medication for any mental health conditions that are diagnosed.  Further, the court **DIRECTS** that the defendant shall receive mental health treatment and counseling for her fraud mentality.

( X )   Upon release from confinement, the defendant will not serve any further term of supervised release.

( X )   Defendant remanded to custody of USM.